LETTIE LA FAUN TAYLOR, *Appellant,* v. LA DON'S PARKETTES, *Respondent.*

Appeal from a judgment of the Superior Court for King

County, No. 694298, Solie M. Ringold, J., entered March 4, 1970. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.